No. 4527.—SUCESIÓN DE CARMELO VEGA, APLTE., *v.* MUNICIPIO DE SAN JUAN, APLDO.—C. D. San Juan. Marzo 20, 1928. Apareciendo que la apelación se interpuso el día 21 de septiembre, 1927, y desde el día 10 de diciembre de 1927, en que venció la última prórroga concedida a la apelante ·para radicar la exposición del caso, ha dejado de practicar gestión alguna en el mismo, *se declara con lugar la moción y se desestima el recurso.*

No. 4529.—ROMÁN, APLDO. *v.* GENZANÍ Y ANTERO LUGO, APLTES. Desahucio en precario. Marzo 20, 1928. Vistas la moción que antecede, la sección 12 de la ley para establecer el procedimiento para el desahucio y fijando reglas para apelaciones en esta clase de juicios, sección 1636 de los estatutos compilados de la compilación de 1911, la sección 299 del Código de Enjuiciamiento Civil y la regla 40 de este tribunal, y apareciendo de la certificación acompañada a dicha moción que la exposición del caso fué aprobada por el juez de la corte de distrito en diciembre 19, 1927, sin que los demandados hayan radicado fianza alguna en este caso a los efectos de su apelación y sin que hayan radicado en la Secretaría de este Tribunal transcripción alguna hasta el día de hoy, a pesar del tiempo transcurrido, se declara con lugar la referida moción y se desestima la apelación interpuesta contra la sentencia de noviembre de 1927 en el caso arriba expresado.

No. 4524.—I. MARTÍN, S. EN C., APLDA., *v.* GUARDIAN ASSURANCE CO., LTD., APLTE.—C. D. San Juan. Marzo 23, 1928. Por las razones y fundamentos de nuestra decisión en el caso No. 4523, *I. Martín S. en C.,* v. *North British & Mercantile,* resuelto en el día de hoy, (pág. 922) y que se reproducen a los fines del presente, *se desestima* la apelación interpuesta en este caso.